TALKIN, MUCCIGROSSO & ROBERTS, LLP

Sanford N. Talkin
Martha Grieco
40 Exchange Place 18th Floor
New York, NY 10005
Tel: (212) 482-0007
*Counsel for Larry Davis*

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Kevin R. Puvalowski
Sarah E. Aberg
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
*Counsel for Defendant DCM Erectors, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>LARRY DAVIS and<br>DCM ERECTORS, INC.,<br><br>              Defendants. | S3 13 Cr. 923 (LAP)<br><br>**NOTICE OF MOTION FOR A JUDGMENT OF ACQUITTAL PURSUANT TO RULE 29 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE, MOTION FOR A NEW TRIAL PURSUANT TO RULE 33 AND MOTION TO DISMISS THE INDICTMENT**<br><br>*ORAL ARGUMENT REQUESTED* |

**PLEASE TAKE NOTICE THAT**, as set forth in their memorandum of law in support of their motions and further to the written and oral motions and submissions made during trial in this matter, Defendants Larry Davis and DCM Erectors, Inc., by and through their undersigned counsel, shall move and/or renew their motions for a judgment of acquittal, a new trial and/or to dismiss the Indictment, before the Honorable Loretta Preska, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 12A, New York, New York 10007, on a date and time to be determined by the Court, for a judgment of acquittal or a new trial, pursuant to Rules 29

and 33 of the Federal Rules of Criminal Procedure, or to dismiss the Indictment, and for such other and further relief as the Court may deem just and proper.

Dated:    October 7, 2016
              New York, New York

Respectfully submitted:

TALKIN, MUCCIGROSSO & ROBERTS, LLP

/s/ Sanford Talkin
By: Sanford Talkin
Martha Grieco
40 Exchange Place 18th Floor
New York, NY 10005
Tel: (212) 482-0007

*Counsel for Larry Davis*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

/s/ Kevin Puvalowski
By: Kevin Puvalowski
Sarah E. Aberg
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700

*Counsel for DCM Erectors, Inc.*

To:    AUSA Kan Nawaday
        kan.nawaday@usdoj.gov

        AUSA Robert Boone
        robert.boone@usdoj.gov