November 1, 2016

Honorable Judge Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312


Re: Larry Davis


Dear Judge Preska

I am writing to share with you my experience and professional relationship with Larry Davis of DCM Erectors. I have known and worked closely with Larry for the past ten years on two of the most challenging projects of my 30+ year career: World Trade Center Tower One and the WTC Transportation Hub. My responsibility as a Senior Vice President with Tishman Construction Corp and to my client, The Port Authority of New York and New Jersey, was to manage the construction process, and in particular, the schedule, where structural steel is one of the most critical components. Under ordinary circumstances, constructing a super tall skyscraper or a curving building which emulates a dove taking flight are difficult tasks. However, building in downtown Manhattan at World Trade Center, a site which is so emotionally charged, during a period of time which experienced the worst recession in decades, Super Storm Sandy and the transition of four New York Governors, who redefined the meaning of a challenging project and tested the commitment of everyone involved. During this time, the direction to build (or not build) frequently changed and wreaked havoc on DCM's operations, cash flow, fabrication schedule, and steel suppliers. Larry never saw this as a problem. It appeared as if each new twist was simply an opportunity to prove his never-ending ability to overcome any hurdle. When one of his suppliers was unable to fabricate, Larry started up a fabrication shop and took on the work producing some of the very best quality on the most difficult steel pieces (the Vierendeel truss- the main spine of the transportation hub). Larry lived the project...walking it daily in his blue jeans. He looked like a construction worker and knew the status of every weld and every beam. His crew of union Ironworkers are a tough group, but Larry knew each one and commanded their respect.

One example which demonstrates his talent for solving difficult problems was on the Transportation Hub. I requested that we change the logistics of the steel erection; where the design team required the construction of a huge temporary platform which would be used to erect the steel, I wanted to eliminate it completely. Larry immediately offered up a solution of using tower cranes mounted on rails which could slide into position. To my knowledge, this has never been done before in New York City. It worked perfectly and saved the Port Authority millions of dollars.

Another example is the safety netting which was developed for Tower 1. Rather than use netting affixed to each floor, a convention that is frequently compromised by ongoing construction, Larry suggested completely draping the building. This is now standard practice, but at the time it was a new concept. The safety benefit to thousands of people who walked past the site on a daily basis is obvious, but the responsibility for cost between each contractor was complicated. Before the financial arrangements were concluded, Larry moved forward at his own financial risk and implemented this new approach because it was the right thing to do.

When it comes to developing solutions for the most challenging situations, there is no one better. The man is brilliant, dedicated to the project, and gives not only his talent for finding a solution, but the confidence and personal commitment to making it a success. I sincerely hope that I have conveyed some of Larry's positive attributes and hope that you give consideration to my letter in your deliberations. If you have any questions or would like to hear more, please feel free to contact me at jim.durkin@aecom.com.

Respectfully,

James Durkin

October 5, 2016

Honorable Loretta A. Preska
United States District Judge
Southern District of New York

      Re:     **USA v. Davis et al., case number 1:13-cr-00923**
                  **Larry Davis**

Dear Honorable Preska,

My name is Jeffrey Egan and I am a New York licensed attorney that specializes in construction law. From 2008 through 2014, I was employed by one of the general contractor construction companies that worked on various projects regarding the redevelopment of the World Trade Center ("WTC"). I am currently working for another general contractor construction company that is also working on the ongoing redevelopment of the WTC site. In that capacity, I was involved in various matters regarding WTC Towers One, Two, Three and Four, as well as the WTC Transportation Hub, WTC Retail, including DCM's structural steel agreements for the WTC Tower One and the WTC Transportation Hub projects. I am submitting this letter on my personal behalf in support of Mr. Davis.

I had the honor of working with DCM and its various employees and officers, including Mr. Davis during the above-noted period. The redevelopment of WTC was an extremely challenging project for various reasons, including the volume and complexity of the work, the logistics, the competing interests of the various private and public stakeholders, the time constraints and the public scrutiny. It is for these reasons that the Port Authority of New York and New Jersey should be commended for its management and oversight of the redevelopment of the WTC.

I respectfully submit, however, that no other contractor contributed more to the redevelopment of the WTC than DCM, and that the primary reason for DCM's contribution to this national achievement was Mr. Davis' unwavering commitment to a task that no other structural steel contractor could have completed. DCM and Mr. Davis performed over Eight Hundred and Fifty Million Dollars' worth of structural steel work in a congested project site for multiple stake holders. Although DCM originally agreed to perform this work on a staggered basis over several years for the respective projects (WTC One; Four and the Hub), for reasons beyond its control, DCM ultimately was forced to essentially perform all of its work regarding the WTC projects simultaneously and on an accelerated basis. As alleged in the various civil litigations regarding DCM's WTC subcontracts, DCM was also forced to self-fund hundreds of millions of dollars' worth of extra work, which depleted all of DCM's resources and subjected it and Mr. Davis to claims and litigations from various creditors, suppliers, unions and subcontractors. Most contractors would have refused to work under these conditions. Mr. Davis did not. I respectfully submit to the Court that but for Mr. Davis' personal perseverance and commitment to these public work projects, the redevelopment of the WTC would have been delayed for months, if not years, and the costs to complete these projects would have escalated by tens of millions of dollars.

I was always on the "other side" of the table on the various occasions I met with Mr. Davis regarding a multitude of issues that arose from the challenges that DCM faced during the performance of its work, as noted above. Ultimately, those issues were resolved to the significant benefit of the public good. At all such times, Mr. Davis struck me as a man with a developed sense of personal honor.

Although we may have disagreed on various issues, I always believed, and still believe, that whatever resolution was reached among the parties, DCM and Mr. Davis acted fairly.

Based on the above, and the unusual circumstances surrounding the redevelopment of WTC, I respectfully submit that the Court should consider whether Mr. Davis was also a victim of a fraud that resulted in the destruction of DCM, unknown sufferings to his family and friends, and now the loss of his personal freedom. To the extent that the Court concludes that Mr. Davis may also be a victim, of circumstantial fraud if not of legal fraud, then I would request that Mr. Davis' personal honor and incomparable commitment to the redevelopment of the World Trade Center be considered at his sentencing.

Respectfully submitted,

Jeffrey R. Egan.

William T. DeCamp III
550 Woods Road
Westbury, NY 11590

November 3, 2016

U.S. District Judge Loretta A. Preska
Southern District of New York

Re: Larry Davis

Your Honor:

I have known Larry Davis for more than ten (10) years. When I was a Vice President with Bovis Lend Lease, I knew Larry, and his company, DCM Erectors, worked on a few of our projects. Their performance was always good and they kept their promises. I got to know Larry better when Bovis was in a quad-venture called Phoenix Constructors where we were the Construction Manager for the World Trade Center Transportation Hub (WTC-Hub). I was Deputy Director of Phoenix responsible for, *inter alia*, Procurement. As such I managed the steel procurement on the WTC-Hub project. Larry Davis was the Principal of DCM Erectors Inc. which bid on the steel. I negotiated with Larry and his team on numerous occasions and we made the steel award to DCM for approximately $330M to the best of my recollection. I always found Larry to be a man of his word and he was one of the most honest and straightforward principals I dealt with on that project or on any project I have been on in my eighteen years in construction in New York City. When DCM installed steel on the WTC-Hub "East-West Connector," there were major installation issues. In layman's terms the steel pieces which were fabricated in Spain did not fit properly. Larry and his team performed miracles to make adjustments and erect the steel in a quality and timely manner despite significant changes in the work. When it came to change negotiations, Larry was well-informed about the scope of the changes and always fair in terms of pricing. In fact, I sometimes worried that he "left too much on the table," like he had in the base steel bid. Larry was transparent in all of my dealings with him and he never ever did anything that was dishonest or unethical in my presence or to my knowledge. For twenty-three (23) years of my life, I served as an active duty Marine Corps officer, and having known Larry Davis for more than ten years, I can confidently say that he is the kind of person I would like to have on my flank in combat. I hope that you will consider my testimony about his character during sentencing.

Thank you for your time and consideration.

Very truly yours,

William T. DeCamp III

cc:  Sam Talkin (samt@talkinlaw.com)

## WALTER A. WACHTER P.E. & ASSOCIATES

*Engineers and Scheduling Consultants*

12601 Blue Banyon Court ◆ North Fort Myers, FL 33903
4 Skyline Drive ◆ Morristown, NJ 07960
Cell: 856-979-6539 ◆ Office: 239-652-3472
email: walter@wachterandassociates.com

November 2, 2016

Honorable Loretta A. Preska
Chief U.S. District Judge
Southern District of New York
Daniel Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:     US v Larry Davis
        Case No. 13-CR-00923

Dear Judge Preska,

Please accept this letter regarding the character and reputation of Larry Davis in your consideration of the sentencing phase of this case.

I am a licensed professional engineer with over 37 years of experience of handling claims either brought by contractors or by owners against contractors. By way of introduction I testified in the Southern District in Judge Magistrate Fox's court for an extended period on a construction matter in the late 1990's.

I worked, as a consultant, for Larry Davis on several cases during the period of time from 2010 through 2013. During that time, I gained much insight into his character and business practices. Although Larry was not a student of patience, he was no liar or thief. I watched him struggle financially through the construction of the structural steel for the Freedom Tower and World Trade Center Transportation Hub. Engineering changes by the Port Authority's engineers were endless, but no match, for his enthusiasm and willingness to dedicate his health and what remained of his financial resources to complete those projects. I came to recognize him as an engineering genius and an inspirational leader with no match in the industry. Without his talents the construction of the steel for the Freedom Tower and the Transportation Center Hub would still be in infancy.

The verdict shocked me and has stripped him of the prize that he treasured. Incarceration would destroy this man and his family. If the court has found that he is guilty of failing to adequately address the needs of minority and disadvantaged business enterprises, then I suggest a better option might be to put him to work with his endless energy and intelligence mentoring and building MWBE's and Veteran Owned Businesses, so that they can compete and succeed in construction rather than being simply a token mandatory set aside. I am sure that the Court could

find a better solution than spending taxpayer dollars to put a good man in jail, when he could be put to good use by a properly administered court supervised program working shoulder to shoulder with people, who sorely need his help.

Thank you.

Sincerely,

Walter A. Wachter, P.E.

**CALLAHAN&FUSCO** LLC
Attorneys at Law

103 EISENHOWER PARKWAY | SUITE 400
ROSELAND | NEW JERSEY | 07068

Christopher G. Fusco, Esq. | Partner
103 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068
973-618-9770 | F: 973-618-9772
cfusco@callahanfusco.com

Roseland, NJ | New York, NY | Buffalo, NY | Philadelphia, PA | Ft. Lauderdale, FL

December 13, 2016

**VIA REGULAR MAIL**

Honorable Loretta A. Preska
Chief U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10017

    **Re:** **U.S. v. Larry Davis**
       **Case No.: 13-CR-00923**

Dear Judge Preska:

   Please accept this correspondence concerning the character and reputation of Larry Davis as this matter enters the sentencing phase. I have been admitted to practice law before this Honorable Court since 1998.

   Over the years, my firm has had the privilege of representing DCM Erectors and Larry Davis with regard to certain construction projects. Prior to my time in private practice, I was an Assistant District Attorney in Kings County. As a prosecutor, I was always sensitive to the "interests of society" when recommending a sentence after a trial.

   Here, I respectfully submit the legacy left by Mr. Davis to our city so compelling that the interests of society mandate leniency. At the risk of being overly blunt, there is only one person who could have rebuilt One World Trade Center (1WTC) and that is Mr. Davis. Not only did Mr. Davis cure every construction issue that was placed before him, he ensured that 1WTC would be a magnificent structure. Under his guidance, he rebuilt our country and city's pride in a tower that showed the world the strength of the United States. Mr. Davis, through his construction genius, returned a building to the NYC skyline that is a beacon of hope and healing. Due to Mr. Davis efforts, a monument to all that was lost and all that we stand for as a nation now shines bright in the night sky.

   There are only a handful of people who can bring a building like 1WTC to life. Our society needs these uniquely qualified people. Mr. Davis' talents are exceptional and should never be squandered.

   In addition, the countless amount of well-paying construction jobs created by Mr. Davis over the years should not be overlooked. Mr. Davis did not shy away from providing union jobs and good benefits for workers.

Finally, this Honorable Court should be aware that after the attacks of 9/11, our city turned to Mr. Davis, at a time of crisis, to remove the damaged structural steel in the "pit" of the old World Trade Center. Without a contract or guarantee, Mr. Davis mobilized a work force to meet this unprecedented challenge. We needed Mr. Davis, in those dark days, before he was the only one to do the job with his unparalleled construction skills.

I respectfully request that this Honorable Court considers the Mr. Davis' extraordinary acts of good will and kindness to our nation and city. Although, Mr. Davis is originally from Canada, he took the construction of 1WTC as seriously as an American and New Yorker. There is no debate about the brilliance of the building and the one man was need to fix the breach that evil left behind.

All things considered, society needs Mr. Davis' talents to be an engine of positive change for our city.

Respectfully submitted,

CHRSITOPHER G. FUSCO

CGF/jm

Matthew D. Stockwell
mstockwell@gmail.com

October 31, 2016

The Honorable Loretta A. Preska, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007

     Re: <u>United States v. Larry Davis, 13-cr-923</u>

Dear Judge Preska:

I am writing this letter on behalf of Larry Davis. My name is Matthew Stockwell, and I
am an attorney at Pillsbury Winthrop Shaw Pittman, LLP here in New York. I have
known Larry for more than ten years, and represented Mr. Davis and DCM Erectors, Inc.
in numerous matters from 2005 to 2012.

Larry was always an honorable person, both personally and professionally. He took care
of his employees and had great pride in the work that he did. Larry was responsible for
some great projects in New York City, including the new World Trade Center, the
Transportation Hub at the WTC, the courthouse in the Eastern District of New York, and
other commercial and residential properties that are too exhaustive to list here.

Of particular note, of course, are the WTC projects. Larry and DCM were extremely
committed to the WTC projects and in my opinion, Larry was personally responsible for
the successful completion of these buildings, for what he put up with in order to achieve
completion. To make a very long and complicated story short, DCM was losing a great
deal of money and had a difficult time obtaining financial help from the project's
owner. DCM fixed others' defective work at its own cost, and was forced to make
payments to these subcontractors with minimal assistance from the project owner. DCM
faced lawsuits from contractors, and even had to defend itself in a New Jersey court from
its lender, when the project owner suddenly and without warning decided not to issue
progress payments, causing the lender to seek replevin of valuable steel and construction
equipment at one of DCM's fabrication shops in New Jersey. Few contractors, if any,
would continue to work under these circumstances. But Larry refused to walk away and
committed each and every resource that he could in order to honor DCM's contracts.

I am, quite frankly, shocked at the outcome of the trial, because I am familiar with all of
the individuals involved, and I personally believe the allegations against Larry to be
untrue. I am fully aware of the subcontractors and consultants that DCM hired - each and
every one of them were expected to live up to their contracts and to contribute to the
projects they were hired for. At his sentencing, I respectfully submit that the Court
should consider the herculean efforts Mr. Davis undertook to deliver these great buildings

to the City of New York and the United States of America. Without him, they would not be standing as they are today.

Thank you for your consideration in this matter.

Respectfully Submitted,

Matthew D. Stockwell

# NEW YORK CRANE

## 58-38 47TH Street
## Maspeth, New York 11378

December 6, 2016

The Honorable Loretta A. Preska
Chief U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

### Re: United State v. Larry Davis, Case No. 13-CR-00923

Dear Judge Preska:

My name is James F. Lomma. I understand that Your Honor will be sentencing Larry Davis. When learned this, and given the tremendous respect and admiration that I have in my heart for this very good man, I felt led to write you this letter in support of Larry at what surely must be the most difficult time of his life for him and for his family and friends who love him.

I know and understand that Larry Davis was convicted of a crime before Your Honor and that sentence must now be passed. Larry Davis made a mistake here, but the overall testimony of his life demonstrates that Larry is a kind and decent man, not a criminal in heart or deed, who has lived a distinguished and productive life.

I have personally known Larry Davis for about twenty-five years. Our companies have done business together throughout that time, and he is a builder and businessman of consummate skill and integrity. The following non-exhaustive list of projects that Larry Davis has worked on is incredible and includes the World Trade Center, Tower 4 of the World Trade Center, 731 Lexington Bloomberg Tower, the AOL Time Warner Building,

(718) 254-9500 ▪ 1-800-CRANE 06 ▪ FAX (718) 497-0800

Random House, the New York Times Building, the Brooklyn Courthouse, the Jay Street Courthouse, the renovation of the Plaza Hotel and Goldman Sachs' headquarters.

I also had the pleasure of spending time with Larry Davis under extreme and difficult circumstances. Larry Davis was on the scene helping out on the ground level in the aftermath of the 9/11 terror attacks. During this time, I came to know and respect him even more. Based upon this long and personal experience, I am honored to call Larry Davis my friend.

My life experience has taught me that some people watch things happen, and other people make things happen. Larry Davis is one of those bright and exceptional souls who make things happen for the greater good. There are few better people that you will ever meet.

Larry Davis is also a family man who had no criminal history whatsoever until his late-in-life conviction before Your Honor. I ask Your Honor to consider the fact that, per the Probation Department Report, Larry Davis has four children who love and support him. He has a beloved wife struggling in Canada to deal with this disaster in their lives. He has two grandchildren. He is sixty-five years old. Larry and his loving family and supportive friends desperately do not want to see him die in prison, which would be a virtual certainty if even the minimum guidelines sentence were imposed. As I understand it, Larry is facing well a decade of hard time in federal prison, an extraordinarily harsh sentence, and something that I would expect for a particularly terrible crime on the order of a brutal murder charge. Larry is anything but a hardened criminal. He made a mistake, but he did not kill or harm anyone. Is there justice for him to spend the remainder of his life miserable and worse than alone, surrounded by a brutal prison subculture that sees

2

him as a vulnerable target as he settles in for what is likely to be his final and wretched "home" and resting place?

An aging man without any criminal survival skills to speak of would most likely be eaten alive in prison by his fellow inmates for any prolonged term. A long prison time for Larry may send a message to someone regarding compliance with federal affirmative action mandates, but it will likely kill Larry and leave his family and friends forlorn. Do Larry Davis' actions seriously warrant him rotting on prison for what will likely be the rest of his life? Larry did not raid a pension fund or otherwise divest anyone of their life savings. Can it truly be said that he really cost anyone in particular over $80,000,000.00? His business and finances are in ruins. There is something very wrong if the full weight of the law is placed upon this good man's shoulders and all-too-predictably breaks him into a million shattered pieces. Is there not some less harsh alternative available? Some way or creative solution that Larry Davis' many skills, gifts and graces can be used to help, guide and uplift others rather than simply suffering a dark and soul crushing end of life?

Larry Davis has a kind and compassionate heart. He always extends grace to others. I respectfully request that Your Honor consider this fact when you pass sentence upon him.

Respectfully,

JAMES F. LOMMA

3

MYRNA A. LEVINSON
KURT LEE WEINMANN *
YUVAL D. BAR-KOKHBA
CHRISTINE E. F. ROCKWELL
BILL GIANARIS
PAMELA D. FIELD *□
BARRY ROTHMAN †
ANDREW LONGO◊
RITA F. ARONOV◊
BRIAN R. SIMEONE
NATHAN A. BRILL *
THOMAS M. COOPER
SARA S. MATSCHKE !*
RICHARD T. O'BRIEN
JAMES F. DIVINEY

WILLIAM D. BUCKLEY*¤
APPELLATE COUNSEL

ALSO ADMITTED IN
    * New Jersey
    ◊ Connecticut
    ! Washington, D.C.
    □ Florida
    ¤ Michigan
    * Massachusetts

GARBARINI & SCHER, P.C.

ATTORNEYS AT LAW

432 PARK AVENUE SOUTH

NEW YORK, N.Y. 10016-8013

(212) 689-1113

FACSIMILE: (212) 725-9630
legal@garbarini-scher.com

LONG ISLAND OFFICE
170 OLD COUNTRY ROAD, SUITE 500
MINEOLA, N.Y. 11501-4307
(516) 248-3012

WESTCHESTER OFFICE
202 MAMARONECK AVENUE, SUITE 500
WHITE PLAINS, N.Y. 10601-5312
(914) 949-7100

NEW JERSEY OFFICE
COURT PLAZA NORTH
25 MAIN STREET, SUITE 602
HACKENSACK, N.J. 07601-9007
(201) 343-2002

CONNECTICUT OFFICE
66 FIELD POINT ROAD
GREENWICH, CT 06830-6473
(203) 256-8932

CHAS. J. GARBARINI (1962-2001)
LEONARD WEINSTOCK (1967-2011)
GEORGE J. KEHAYAS (1977-2010)

EMERITUS
STANLEY J. SCHER

December 9, 2016

Hon. Loretta A. Preska
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    U.S. v. Larry Davis and DCM Erectors, Inc.
             13 CR 923 (LAP)

Dear Judge Preska:

      I am a Partner at this firm and a member of the Bar of this Court. I write to express my support of Larry Davis in connection with the sentencing hearing in the above matter.

      I know Larry Davis through my firm's legal representation of DCM Erectors, Inc. in civil litigation and matters related to Occupational Safety and Health Administration, insurance coverage and employment law.

      I have known Larry to be an extraordinarily gifted and honest person who has always been guided by an unwavering commitment to the well-being of his employees, engineering excellence, and the completion of challenging construction projects. Larry's state-of-the-art innovation in steel construction has been recognized throughout the industry. It is no coincidence that many of New York City's great architectural construction projects-- including the New York Times Building, Goldman Sachs Building, One World Trade Center, Three World Trade Center, Four World Trade Center and the Hub at the World Trade Center -- sought Larry's expertise in steel erection in order successfully complete the work.

Larry's innovation in high rise building construction has also been recognized by the US Patent and Trademark Office. Larry is the co-inventor of a unique internal climbing system for tower cranes that vastly increases the speed and reduces costs of steel construction while building up floors in high-rise buildings. U.S. Patent Nos. 7, 147,711 B2, and 7,290,672 B2.

I have known Larry to be a workaholic in the best sense of the word. Larry was always hands-on at his construction projects, fully familiar with the fine details of the work and always eager to make progress. His commitment to successfully completing projects was also matched by his fairness and generosity to employees and colleagues. Larry was familiar with and concerned with the well-being of all of his employees, from the Iron Workers on the job-site to the Secretaries in the Office.

I hope that the Court will consider Larry's commitment to his employees, his professional achievements, and his engineering excellence in mitigation of any sentence imposed.

Respectfully submitted,

Yuval D. Bar-Kokhba

David Zalesne, President
Direct Dial: 803-251-7565
E-Mail: david.zalesne@owensteel.com



Owen Steel Company Inc.

October 31, 2016

Honorable Loretta A. Preska
Chief U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:     U.S. v. Larry Davis
        Case No. 13-CR-00923

Dear Judge Preska:

Please accept this letter regarding the character and reputation of Larry Davis in your consideration of the sentencing phase of this case.

First, for perspective, my relationship with Larry Davis over the past decade has generally been adversarial; our companies have competed fiercely for contracts to build the biggest and most complex steel projects in New York. Even on three major projects where our companies were both involved at the same time -- The New York Times Building, the PATH Transportation Hub at the WTC site and Tower 3 at the WTC site -- we generally behaved like competitors, fighting over limited pools of dollars for steel construction. But as hard we have fought over contracting and financial issues, there are two areas of the business no one has ever questioned about Larry Davis: his technical expertise, and his personal integrity.

Above all, Larry Davis is an extraordinary builder. His knowledge of structural steel construction, his creativity in developing steel erection and logistic plans for the most complex and difficult sites in New York City, and his tireless attention to technical details in massive and complicated projects, are virtually unmatched in the industry. Regardless of the charges against him in this case, his personal legacy as a brilliant steel erector is secure.

Similarly, with regard to integrity, it is inconceivable that on the high-profile and high-risk projects he has taken on, Larry Davis would have either engaged unqualified subcontractors or employees, or intentionally misrepresented anything about his project teams. To the contrary, it would have been impossible to meet the incredibly demanding technical requirements of these projects without a talented and trusted staff and workforce. If evidence to the contrary was presented at trial, the circumstances would have not only been very much out of character for Larry personally, it would have been hard for anyone with knowledge of the oversight and scrutiny involved in these projects to see the evidence as credible.





Finally, to be clear, while our company has competed with Larry over the past decade, <u>at no time did we ever have a reason to question the quality of his work or the integrity of his business practices</u>. And my personal perspective on both legal and marketplace issues is broader than just being a competitor; before becoming president of Owen Steel Company in 2004, I was a partner in a Philadelphia law firm and served as an assistant U.S. Attorney in the Eastern District of Pennsylvania; also, currently, I am Vice-Chair of the American Institute of Steel Construction, and an appointee to the Commerce Department/USTR Industry Trade Advisory Committee for the U.S. steel industry. Even from that perspective, I know of very few people in the structural steel industry who have accomplished more than Larry Davis.

In short, Larry Davis built a career building some of the most complex and iconic steel buildings in New York and elsewhere, and will conclude that career with no business or financial security to show for a lifetime of accomplishments. In these circumstances, no interests of justice would be further served by imposing a sentence of incarceration.

Respectfully,

David Zalesne

11/18/2016

Honorable Loretta A. Preska
Chief U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: Larry Davis – Letter of Character Reference

Dear Judge Preska:

This letter is written to detail and highlight my experience with Mr. Larry Davis over the last twenty years and to provide a letter of reference as to his character and accomplishments within our relationship.

I have been in the structural steel business for 39 years beginning my career at Trinity Industries as a project manager during their time as the largest fabricator in the US. Later I worked as a project manager for projects in Houston, Los Angeles, San Francisco, San Jose and other remote locations as a project manager for both structural steel fabrication and erection. In 1988 I moved to New York City as a project manager for both fabrication and erection projects completing some of the highest profile projects in the city. Larry Davis offered me a job in 1996 with Canron Construction as a project manager. This was my first introduction to him and I was immediately impressed by his intensity and his vast knowledge of structural steel engineering, erection, and the steel marketplace. I was a senior project manager for Canron and worked with Larry over the next two years after which he left Canron. He was the guiding hand behind Canron and I did not know how they could continue after he left. Canron did not last quite three years after Mr. Davis' departure, but I left only a year later.

Larry Davis started DCM Erectors after leaving Canron. He offered me a position as his senior project manager and I left Canron to take the job. DCM Erectors under Mr. Davis' guidance soon had two major projects to erect that required his unique blend of imagination and engineering skill. The first project was the Behr Sterns office in Midtown Manhattan and the second one was the ABC Studios project in Times Square with the sidewalk facing studio and the iconic curving wrap around LED signs above. The congestion around these projects called for unique measures and Mr. Davis developed what was to become one of his trademark techniques for these jobs. Do the limited time frames these projects would close streets for crane access, Mr. Davis choose to shop assemble huge assemblies to minimize crane time and the impacts made to traffic from street closings. He even pioneered having sign workers and electricians in the shop installing and electrifying the signs before they went to Times Square. We were always working for the largest assemblies requiring the least traffic closings. They included the longest delivery to Mid-Town Manhattan at 118 feet for New Year's Eve Ball Drop poll, and a twenty-eight foot wide assembly for the M&M store signs.

These successes made Larry Davis and DCM Erectors the go to company for major high rises in the City and for signs in Times Square. Iconic structures that these techniques brought to the fruition included, the NASDAQ round sign in Times Square, the New York Times office Building, AOL Warner Building in Columbus Circle, the Goldman Sachs office building and of course the major work on the World Trade Center projects.

DCM Erectors continued doing work around New York in addition to the major new work listed above. Mr. Davis' expertise and professionalism also got them into some of the most sensitive renovation work available in New York. These included new wings in the Metropolitan Museum, Morgan Library, the Plaza Hotel, and the New York Public Library at 5th Avenue. The one constant in every project that every customer demanded was Mr. Davis, his brilliance and attention to every detail.

As DCM's first two major erection projects got underway; Larry realized that he could service his projects much better if he had a local fabricator available to service the field operations for emergency projects and for means and methods fabrication. He bought MRP Fabrication in 1999 from Gushwarma Patel and asked me to go to New Jersey and manage the company. MRP had 11 employees. We hired some additional people and fabricated the ABC studio in Times Square and began a long list of projects. Larry believed all employees should have health insurance and provided free health insurance for each employee and their family members. He was aware of the big difference between what manufacturing employees typically earn and what the union ironworkers earn in New York City. He wanted the employees at MRP to feel like they were part of the work as much as the field ironworkers. To that end, we provided a good wage, health insurance, and field trips by bus to some of the job sites. Our workers, indeed were made to feel like part of the team putting up major structures in New York.

At the height of construction of the World Trade Center projects, we had over 260 employees working here in South Plainfield. The clear majority of these employees were minorities and immigrants. MRP was probably the largest minority employer in the South Plainfield area. Several of the employee's nick named us "UN Fabrication". It is inconceivable that Larry Davis has a prejudiced bone in his body. Any man or woman who was willing to work hard could have a job with him. He always set an example by his own work ethic and often slept on the floor by his desk when the work demanded it. In the twenty years that I worked with Mr. Davis, I never saw him do anything which was unethical, illegal, or endangered an employee's health or welfare. Mr. Davis is an icon in the New York Construction market and the entire city owes him a debt of gratitude for his unending dedication to construction in New York. He provided a safe workplace and fair work environment wherever he and his companies pursued projects throughout his career.

Please contact me for any further information that I may convey to shed light on this man's career and integrity.

Thank you,

David Floyd
General Manager Banker Steel New Jersey
Former: President MRP LL

U.S. District Judge Loretta A. Preska                              Nov. 21/2016
Southern District of New York

Regarding the Case against Mr. Larry Davis of Davis Construction Management

I have no knowledge regarding the veracity or falsehood of the charges brought against Mr. Davis. To whatever extent possible however, I would hope that the courts would show leniency in the sentence imposed.

Mr. Davis and I graduated with degrees in Civil Engineering from the University of Waterloo in 1975. It was a co-operative program and we shared classes only in the last half of our 4th year. After graduation, we worked at separate but competing steel Fabricator/Erectors in Toronto, Ontario. In 1988, I too joined Canron Construction where Mr. Davis had been employed since graduation. I worked with him until 1995 at which time he left Canron and eventually started his own company, Davis Construction Management in 1996. In 2004, I was hired by Mr. Davis to work at ASDA, (the drafting/detailing branch of DCM) in Toronto, as a connection designer and to assist in the development of erection schemes. I was employed there until 2014.

To my knowledge, Mr. Davis consistently treated all of his subordinates with courtesy and respect. As an employer at ASDA, Mr. David hired women, minorities and of members of different religious faiths and obtained their respect and loyalty by treating them as individuals with abilities and talents that could be developed and implemented into the broader aspects of the work we were all engaged in. I am not aware of any individual leaving ASDA as a result of being disrespected, under-paid or unhappy with any aspect of their employment. I was a salaried engineer at ASDA but other senior engineers of my generation and older actively sought contractual work with Mr. Davis based on his personal reputation as an innovative and professional fabricator/erector.

Mr. Davis always demanded the best from anyone working for him. To the extent possible, what we did and the product we produced had to be "right" regardless of the financial cost to DCM. When differences in opinions between knowledgeable individuals, clients and contractors made the "right" solution sometimes elusive, he insisted that all parties work together to find the "best" solution. The scope of work undertaken by Mr. Davis on his own, or while acting as Construction Manager at Canron, is impressive and acknowledged as such by those who have actively sought his participation in their projects.

Our industry is in decline largely due to a loss of talented individuals. Mr. Davis is now of the age when retirement is or was a possibility. If presented with a choice, I believe Mr. Davis would continue doing what he has done all of his working life. Whether working for him directly or with him on a project, all parties can continue to learn and develop their own skills and abilities by an association with him. That potential association should be allowed to continue in some manner by giving thoughtful consideration to leniency in any sentence imposed.

James Weir, P.Eng., (Contact information attached)

November 7, 2016


United States District Judge Loretta A. Preska

Southern District of New York

RE: Larry Davis Letter of Character Reference

Dear Judge Preska,

With reference to my associate and colleague Larry Davis I wish to express the positive influence he has had on my life. As an African American person growing up in a foster home I always aspired to achieve the American dream. This was made possible, through hard work along with the help of many people I have been fortunate enough to meet along the way. Larry Davis is one of these people.

I have been President of HRAD Construction Corporation, a MBE certified company since 1984. Upon meeting Larry over ten years ago and forming a business alliance with him my company continued to advance and enjoy an impeccable work relationship in the construction industry. Larry has afforded me the opportunity to bid large public projects as a minority business. Through all the many business meetings, lunches, and social events I attended with Larry, I have never heard him mention unethical business practices.

I have been fortunate in my life to have received positive advice from people of all walks of life and this has guided me along the path of life. I have learned that sometimes in walking this path we stumble and fall, knowing this I make no excuses for the predicament that Larry is in, but I am sure that he regrets the decision he has made. I only ask that consideration is given to all the good that Larry has done for people like me.

Dreams of success can be destroyed by one bad decision and you then find your fate in the hands of others. I have tried to express in words the Larry Davis I know a man who has helped me in the construction world.

Thank you for taking the time to read my letter.

Sincerely,

Wayne Adderley
41 Airtree Road
Westbury New York 11590

**Structural Steel**
**Miscellaneous Metal • Bridges**
**Steel Construction Services**



Date:  October 24th, 2016

To:  U.S. District Judge Loretta A. Preska
     Southern District of New York

Ref:  Letter of Support

Attention: Judge Loretta A. Preska,

I am pleased to provide a letter of support for Larry Davis. I am the Chief Operating Officer of ADF Group, one of the largest structural steel fabricators in North America. We provided steel on several projects awarded to Larry Davis' company, DCM Erectors Inc. I have been doing business with Larry for the past 22 years and during these years we did projects ranging from 1 million to 65 million (close to 25 projects), needless to say, Larry has been instrumental in growing our company volumes as a return client that you could count on. Larry was a man of his word, when you helped him in getting a job he would give you the project even if other fabricators lowered their price after the bid, when he committed to you, it was your job.

I personally dealt with Larry on every projects that were awarded to ADF and even if it wasn't clear in the contract but he gave you his word, he always respected his word or a handshake. As an individual, Larry could give you his arm if you were in trouble and he would fight with his client to give you your money, this was Larry's way of protecting ADF interests. Larry is a builder, a leader and for 22 years, a family man. No jobs were too small or too big for Larry, he was the person to go to for the impossible and as an engineer he was second to none, his track record speaks for itself and just to name a few projects: Tower 1, Tower4, The Hub, Columbus Circle, 731 Lexington, Lester B. Pearson airport in Toronto. During these 22 years in doing business, there was never a dull moment and especially during the post 9-11, jobs were getting scarce and the risk and reward decreased to a point where Larry took enormous risks to sustain work for all the families counting on him, but was this the right choice? For Larry it was but for me, like I discussed several times with Larry, it wasn't. Larry told me once that a lot of people were counting on him and for Larry, a family man, it wasn't a question of money but more a question of pride.

Looking back at what happened to Larry and the root cause of the problem, it wasn't greed that brought Larry where he is right now, it was a series of events beyond his control that really jeopardized the continuity of his businesses and without a doubt some of his personal reasoning. I will remember Larry for his strong personal values, his work ethic and most importantly the work and support he provided to all his employees and their families during all these years.

Regards,

Pierre Paschini, P.Eng.
Chief Operating Officer, ADF Group Inc.

Cc. Sam Talkin





November 14, 2016

U.S District Judge Loretta A. Preska

Southern District of New York

RE: Larry Davis – Letter of Character Reference

Dear Judge Preska,

      My name is Leslaine Lambert, one of four brothers that worked for DCM Erectors and its owner Larry Davis. I worked for his company beginning January of 2002 at the World Trade Center. I remained employed there for thirteen years and have been a local 40 ironworker for the past twenty-seven years.

During these years, I have worked for Larry Davis and DCM on some major projects throughout New York City. Some projects include the New York Times Building, Goldman Socks, the Morgan Library, Metropolitan Museum of the Arts, the Staten Island Ferry as well as the reconstruction of the world trade center and surrounding area. During my tenure with DCM, I found Larry and his team to be creative, kind and connected to the challenge of the projects, working within the constraints of both budget and time. Most notable was that Larry and his staff were committed to these projects and made a lot of sacrifice working seven days a week with sometimes two shifts at ten hour days. For his part, what was obvious was that Larry was on these projects almost every day, a tremendous sacrifice for an owner.

During the fall of 2004, I started my own minority and sub-contracting company, Lambco Erecting, INC. This is where I became directly connected with Mr. Davis which, led to opportunities working at the World Trade Center for my company. While there, my company scope of work was to erect and maintain the Cocoon system, a safety system the surround the steel building to prevent the falling of objects going out to the ground and street. This would be the first of its kind to be used on steel building structures within the city of New York. As the buildings were being erected, adjustments needed to be made to the cocoon to adjust the shape of the building. Larry Davis designed the cocoon perfectly. I cannot forget the help and assistance given to me and my company by DCM under the direction of Mr. Davis. First there was a model system in the Plainfield yards, he walked us through it, showed me and my team how to put everything together. In his words, "If you understand this in the shop, putting it up in the field becomes a lot easier." During the pricing process, we were going back and forth with the numbers. Then one day we sat down together to talk things out. Larry's first question to me was to find out if I could do the job. I assured him that I and Lambco is up to the task. We agreed that the best way to do this job was to agree on labor rates that would ensure that Lambco makes money on the project and Lambco must make sure that the job is on schedule and progressive. All the risk if any was on Larry and his company. This is the man I know. The profit margin for Lambco on this project was about twenty percent on a five-million-dollar project.

My company also had a scope of work on The World Trade Center Transportation Hub. On this project, the welding was very complicated, for the testing was far more complexed than anything I have even seen in my thirty years in the industry. The pieces of steel on this project were very big and once in place had to be welded together. There were two shifts on this project and it takes about two weeks to complete one location, ten hour days and seven days a week. Any failure at this point means trouble for the contractor, Larry Davis. No one can foresee these problems but it's the responsibility of the contractor to fix it at his expense. This is what I witnessed firsthand.

In conclusion judge, the Larry Davis I know is very creative and has tremendous incite on how his projects should be done. He employed about 400 local 40 ironworkers on World Trade Center projects. This is how much he meant to the ironworkers and their families. Moreover, he was creating the skyline in New York City for the past fifteen years. Please show compassion in your sentencing, thank you.

Yours Truly,

Leslaine Lambert



LEHRER, LLC
888 7th Avenue
10th Floor
New York, NY 10019

October 25, 2016

U.S. District Judge Loretta A. Preska
Southern District of New York

Dear Judge Loretta A. Preska:

I have known and worked with Larry Davis for over 30 years. He is one of the most knowledgeable and hardworking steel contractors that I have ever worked with over my long career. In all my dealings with Larry, I have always found him to be fair and honorable in every aspect of his work. It has been a pleasure to work with him over the years.

Sincerely,

Lehrer, LLC

By: _____

Peter M. Lehrer

# Paul Lenox

800 Newmans Lane Martinsville NJ 08836 | 908-872-9627 | welder.66@hotmail.com

11/10/16

Judge Loretta A. Preska
U.S. District Judge
Southern District of New York

**Dear Judge Loretta A. Preska:**

My name is Paul Lenox and I am a Certified Welding Inspector. I met Larry Davis in 2006 when I was a technical sales rep for Airgas a welding supply company. I worked with Larry and his people on many projects. I was impressed with his drive and knowledge and went to work for him in 2009 as a welding Inspector. I was proud to work for him as we rebuilt the New York skyline.

**Sincerely,**

**Paul Lenox**

# HARRIS REALTY COMPANY LLC

1640 New Market Avenue
South Plainfield, NJ  07080

Tel: (732) 752-6070

Fax: (732) 752-1158

December 2, 2016

U.S. District Judge Loretta A. Preska
Southern District of New York

Dear Judge Preska:

I am writing this letter in the hopes that you will understand what kind of person Larry Davis is and also the pressures he faced in operating his business.

I am the vice president of Harris Realty Company LLC.  Over the last fifteen years Harris has leased various industrial real estate properties to, and has performed work for entities owned by Mr. Larry Davis.  The facilities leased were used to manufacture fabricated steel for various construction projects in New York City.  The work performed by Harris was also for these projects.  I am also the vice president of Harris Structural Steel Co., Inc., which up until 2009 operated a steel fabrication facility in South Plainfield, New Jersey, primarily manufacturing heavy and complex fabricated steel components for bridges and other large construction projects.  I mention my role with Harris Structural Steel to make you aware that I have familiarity of the sometimes unreasonable, unrealistic and unfair demands placed on a fabricator to get large projects completed, as well as unfair practices from general contractors and owners in withholding payments and imposing unfair back-charges to bring projects within budgets.  I have witnessed first-hand how certain contractors and owners took unreasonable and unfair advantage of Mr. Davis' companies, as I participated in negotiations with these parties, as payments due to Harris was contingent on Mr. Davis' companies getting paid from others.  During the period I have known Mr. Davis I have found him to extremely generous and kind to his employees, extremely dependable in his actions to get projects completed, without regard to the costs associated therewith, extremely honest, and very highly regarded by professionals within his industry.  Even with the enormous pressures faced by Mr. Davis he calmly led his companies to complete difficult projects uniquely and creatively.  I cannot stress enough how much pressure I believe Mr. Davis faced getting projects completed, getting bills paid to vendors and keeping his employees paid and providing them with benefits, including health insurance.  Mr. Davis is a gifted engineer and one of the people in this world that makes things happen without regard to his own personal gratification.

I am aware of the charges brought against Mr. Davis and cannot comment on his innocence or guilt.  I just ask you to consider the extreme pressures Mr. Davis faced in operating his business, which may have been a contributing factor to his actions.

Very truly yours,

Marvin Strauss
Executive Vice President

December 15, 2016


Honorable Loretta A. Preska
Chief U.S. District Judge
Daniel Moynihan Courthouse
500 Pearl Street
New York, New York 10007


Re:     US v Larry Davis
        Case No. 13-CR-00923


Dear Judge Preska,

My name is Kevin P. Murphy and I have been a member of the local 40 structural ironworkers union for 31 years. I am currently the General Superintendent for NYC Constructors running the World Trade Center 3 job site. Prior to this I had worked for Larry Davis and DCM Erectors for approximately 16 years. I am thankful that I had the great and humbling experience that was given to me by Mr. Davis to run One World Trade Center better known as The Freedom Tower. Besides being my boss Larry has become a friend and confidant. I have the upmost respect and admiration for him after so many years of seeing the passion, desire, and drive Larry has shown for his work and family throughout the years. Larry is truly the embodiment of a workaholic who never seems to rest but still always finds time for his family even though he puts in the tremendous amount of hours at the office he does.

At the Freedom Tower and Transportation Hub, both jobs had multiple shifts and most of the time at different parts of the 24 hour work day Mr. Davis would find time to come check up on the progress of the work. During the rigorous work of high end construction challenges and questions arise, sometimes critical, and Larry was always there to help find a solution. This shows that Larry is not your typical owner who you did not want around and who makes their employees nervous. He was the guy who came up with the most amazing engineering that you wanted there next to you to bounce ideas off. He had a knack for tackling the impossible and doing it with the type of calmness that kept all his employees at ease and always with their full support behind him.

Larry is the most hands on owner I have ever worked for and I don't think I would have preferred it any other way. He always took the time to talk to all of his employees from Supers to Apprentices he was eager to know everyone's name and their story. Having a boss like that adds a different sense of pride for the workers, we are a prideful union as is and we always strive and are recognized for doing the best work, but with an owner like Larry we were always willing to put in that little extra.

I am the father of 2 sons and over the years I would go to Larry for Fatherly advice and also to vent as a friend. I always felt comfortable to go to him for family advice after watching how good he was with his son Lee and his daughter Melissa who I've gotten to know well over the years working for their Father's company. I saw firsthand how interested and integral he was in the development of his kids that always stuck with me as a testament to his character.

As the owner of DCM Erectors so many people counted on him. He was always there for everybody and was one of the most respected owners out there. Working for him was second to none. Watching as the company took an economic turn for the worse was tough on all of his employees because we were all like a family. Larry did everything he could to ensure everyone's livelihood was still intact even as the company was struggling financially. It seemed like he worried so much and put so many others before him. He always had a smile on his face and was always displaying a positive attitude towards things to relive some of the pressure off his employees.

I was also working for Larry and DCM during the horrific time of the terrorist attacks of 9/11. At the time I was running the White Hall Ferry terminal just blocks from where the Towers stood. Later that night and for 13 straight days many of us DCM Employees worked there clearing up the wreckage on DCM's dime. That first night he called me and instructed me to get any available resources and tools we had at our disposal at White Hall Ferry and to bring it over to assist in any capacity necessary over at Ground Zero. He provided workforce and tools and any support we needed. He would be in constant communication with me during those dark and tragic days and he just wanted to make sure that he was able to help with whatever was needed. He provided countless amounts of tools, equipment, brought trucks to load out debris, it was really something. That's why when we got to build the Freedom Tower with him it really felt special, because we saw firsthand the catastrophe caused by the horrific attacks.

In closing I hope the court shows mercy for this kind and caring man. He is truly one of the most compassionate, sympathetic and generous people in the industry. He will always show his integrity, love and respect for his family, friends, and employees.

Sincerely.

Kevin P. Murphy

U.S. District Judge Loretta A. Preska
Southern District of New York.

Your Honor,

I am writing to express my personal & professional opinion of Mr Larry Davis.

I have known Mr Davis for a period of 12 years as a Project Coordinator on various projects. During that time as an employee I have found him to be a fine human being, honest and more than fair in his dealings with myself and my peers.

He is no doubt an exemplary leader, cool under pressure but with a heart of gold. It is my pleasure to call him my friend.

Yours sincerely,
Paul Anthony Simpson.
106 Tripp Blvd,
Trenton,
Ontario,
K8V 6N1.
(paul_simpson7@hotmail.com)



October 11, 2016

Attention: Judge Loretta A. Preska

I am pleased to provide a letter of support for Larry Davis. I am the President and CEO of a financial services company based in Canada that provided financing for several of the projects awarded to Larry's company, DCM Erectors Inc. The first project we financed for DCM was the expansion of the General Motors plant in Oshawa, Ontario in 2005. As these projects represented a significant exposure for our firm, I was actively involved in each of them. So while Larry was a business associate, I have come to know him personally over the course of the last 11 years.

I consider Larry to be a strong family man as he would often speak of his family and has a wonderful relationship with his children and wife. I had occasion to watch how he interfaced with his employees and noted that he always treated them respectfully and with kindness.

Larry takes enormous pride in his work and was actively involved in each and every one of the projects that his company was awarded. He has a tremendous work ethic and would be one of the first to arrive on site and one of the last to leave. He is well reputed within the industry for his ability to solve complex engineering problems and for the quality of his work and that of his team. It is my belief that Larry's involvement in these high profile projects was driven by his desire to "build" and to make a meaningful contribution to the industry. He wanted to build projects that would stand the test of time.

The last projects that our company financed for Larry's firm were the 2 Freedom Towers, Towers 1 and 4. These were very challenging projects for all parties concerned and, having been intimately involved in the negotiations with the Port Authority, I applaud the professionalism Larry displayed throughout the projects. Despite the difficulties encountered with the owners of these projects, Larry remained focused on completing them to the best of his abilities. I think that it is tragic that Larry will be remembered for the current allegations and not on the contributions he made towards ensuring that the projects were properly and safely completed.

Regards,

Carole-Ann Miller, President
Camsa Inc.

Cc. Sam Talkin

5475 Spring Garden Road, Halifax, Nova Scotia, B3J 3T2
t: (902) 444-5566  toll free: 1-866-444-6555 / f: (902) 444-5567 toll free: 1-877-655-5567
www.camsa.ca