Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York



OCT 0 4 2017

Caption:

United States v.

Larry Davis and DCM Erectors Inc.

Docket No.: 13 Cr 923

Loretta A. Preska
(District Court Judge)

Notice is hereby given that  the United States of America  appeals to the United States Court of Appeals for the Second Circuit from the judgment _____, other ✓  Order overturning the Jury Verdict
(specify)

entered in this action on August 3, 2017
(date)

This appeal concerns: Conviction only |✓|   Sentence only | __|   Conviction & Sentence |___   Other |___

Defendant found guilty by plea |    | trial |✓| N/A |    .

Offense occurred after November 1, 1987?  Yes |✓   No |    N/A |

Date of sentence: _____ N/A |✓|

Bail/Jail Disposition: Committed |___   Not committed |✓   N/A |

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Kevin Puvalowski |
| Counsel's Address: | Sheppard Mullin Richter & Hampton, LLP |
| | 30 Rockefeller Plaza, New York, NY 10112 |
| Counsel's Phone: | (212) 653-8700 |
| Assistant U.S. Attorney: | Robert L. Boone |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, NY  10007 |
| AUSA's Phone: | (212) 637-2208 |

_____
Signature

Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern District of New York

Caption:
United States v.

Larry Davis and DCM Erectors Inc.

Docket No.: 13 Cr 923

Loretta A. Preska
(District Court Judge)

Notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Second Circuit from the judgment ____, other | ✓ Order overturning the Jury Verdict
(specify)
entered in this action on August 3, 2017
(date)

This appeal concerns: Conviction only |✓| Sentence only |__| Conviction & Sentence |__| Other |__|

Defendant found guilty by plea | | trial |✓| N/A |

Offense occurred after November 1, 1987? Yes |✓| No | N/A |

Date of sentence: _____ N/A ✓

Bail/Jail Disposition: Committed |__| Not committed |✓| N/A |

Appellant is represented by counsel? Yes ✓ | No | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Sanford N. Talkin |
| Counsel's Address: | Talkin, Muccigrosso & Roberts, 40 Exchange Place |
| | New York, NY 10005 |
| Counsel's Phone: | (212) 482-0007 |
| Assistant U.S. Attorney: | Robert L. Boone |
| AUSA's Address: | One Saint Andrew's Plaza |
| | New York, NY 10007 |
| AUSA's Phone: | (212) 637-2208 |

_Robert Boone_
Signature